AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  4:16-cv-00260-BGM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    John Leonardo, U.S. Attorney, District of Arizona

was received by me on *(date)*        05/06/2016        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    John Leonardo                      , who is

designated by law to accept service of process on behalf of *(name of organization)*    U. S. Attorney, District of

Arizona                                  on *(date)*    05/18/2016    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    05/20/2016                                  /s/A. Bates Butler III
                                                    *Server's signature*

                                                    A. Bates Butler III
                                                    *Printed name and title*

                                                    177 North Church Ave., Suite 1013
                                                    Tucson, AZ  85701

                                                    *Server's address*


Additional information regarding attempted service, etc:
Service effected by Certified Mail, Return Receipt, on Mr. John Leonardo, U.S. District Attorney, District of Arizona.
See attached Certified Mail receipt, signed and dated 5/18.



UNITED STATES POSTAL SERVICE

AZ 852

18 MAY '16

PM 6 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of A. Bates Butler III
177 North Church Ave., Suite 1013
Tucson, AZ  85701



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. John Leonardo
U. S. Attorney
District of Arizona
405 West Congress St.
Tucson, AZ  85701

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                     5/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7015 1520 0002 3987 2710

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540